78 A.3d 1058

CSAC EXCESS INSURANCE AUTHORITY, Objector

v.

RELIANCE INSURANCE COMPANY IN LIQUIDATION
(Ancillary Matter to in re Reliance Insurance
Company in Liquidation, No. 1 Rel 2001).

Appeal of CSAC Excess Insurance Authority, Objector.

Supreme Court of Pennsylvania.

Oct. 30, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2013, the order of the Commonwealth Court is **AFFIRMED.**